**Motion Granted; Appeal Reinstated and Order filed February 19, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00455-CR
_____

**GREGORIO MORENO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1406639**

---

## ORDER

On February 17, 2015, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine why appellant's brief was not filed.

Today, appellant filed a brief and motion to extend time to file the brief.

The motion is granted. Our order of February 17, 2015, is withdrawn. The appeal is reinstated.

PER CURIAM